IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENISE HARLAN,** | : | |
| *individually and on behalf of all* | : | |
| *others similarly situated*, | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **TRANSWORLD SYSTEMS, INC., d/b/a,** | : | No. 13-5882 |
| **NORTH SHORE AGENCY, INC.** | : | |
| *Defendant*. | : | |

**O R D E R**

**AND NOW**, this 8th day of April, 2014, upon consideration of Defendant's Motion to Dismiss (Docket No. 5), Ms. Harlan's Response thereto (Docket No. 7), and the parties' supplemental submissions (Docket Nos. 8 & 9), **it is HEREBY ORDERED that:**

1. The Motion to Dismiss is **DENIED**.

2. Counsel shall attend an in-Chambers initial pretrial conference at 4:00 PM on Monday, April 28, 2014.[1]

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

---

[1] The details and expectations for the initial pretrial conference will be provided with a Notice also issued today. In addition to following the guidance provided with the Notice, counsel should address any deadlines or other timing issues raised by the class action nature of the case.