IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENISE HARLAN,** | : | |
| *individually and on behalf of all* | : | |
| *others similarly situated*, | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **TRANSWORLD SYSTEMS, INC., d/b/a,** | : | No. 13-5882 |
| **NORTH SHORE AGENCY, INC.** | : | |
| *Defendant*. | : | |

**A M E N D E D   O R D E R**

**This Order AMENDS the Court's April 8, 2014 Order (Docket No. 11).**

**AND NOW**, this 14th day of April, 2014, upon consideration of Defendant's Motion to Dismiss (Docket No. 5), Ms. Harlan's Response thereto (Docket No. 7), and the parties' supplemental submissions (Docket Nos. 8 & 9), **it is HEREBY ORDERED that:**

1. The Motion to Dismiss is **DENIED**.

2. Counsel shall attend an in-Chambers initial pretrial conference at 2:30 PM on Monday, April 28, 2014.[1]

3. Mr. Easley's Letter Request (Docket No. 13) is therefore **MOOT**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

---

[1] The details and expectations for the initial pretrial conference were provided in a Notice issued on April 8, 2014 (Docket No. 12). In addition to following the guidance provided with the Notice, counsel should address any deadlines or other timing issues raised by the class action nature of the case.